Dr. Robert LOWENSTEIN and Marsha Zimand Lowenstein, Appellees

v.

CHUBB AND SON, INC. and Federal Insurance Company, Appellants.

Supreme Court of Pennsylvania.

July 21, 2003.

A. Richard Feldman, for AAA Mid–Atlantic Insurance Group, amicus curiae.

Brian Scott Rudick, Alan H. Perer, Robert L. Byer, Pittsburgh, for Robert and Marsha Lowenstein, appellees.

Bridget M. Gillespie, Esq., Picadio, McCall, Miller & Norton, Pittsburgh, for Chubb & Son/Federal Insurance Company, appellant.

Before: CAPPY, C.J., and CASTILLE, NIGRO, NEWMAN, SAYLOR, EAKIN and LAMB, JJ.

### *ORDER*

PER CURIAM.

AND NOW, this 21st day of July, 2003, the appeal is **DISMISSED AS IMPROVIDENTLY GRANTED.** "Appellees' Application to Dismiss Appeal in Light of Recent Supreme Court Decision", "Appellees' Application to Strike Brief for Amicus Curiae AAA Mid–Atlantic Insurance Group" and "Appellees' Supplement to Pending Application to Dismiss Appeal (Filed June

---

**13.** In addition to the Superior Court's failure to abide by the applicable standard of review, we are also troubled by the Superior Court's failure to even acknowledge that its reversal of the trial court order was the equivalent of granting a mandatory preliminary injunction, an extraordinary remedy that should be uti-

lized only in the rarest of cases. *See Mazzie v. Commonwealth*, 495 Pa. 128, 432 A.2d 985, 988 (1981) ("This Court has engaged in greater scrutiny of mandatory injunctions and has often stated that they should be issued more sparingly than injunctions that are merely prohibitory.").

14, 2000)" are hereby **DISMISSED AS MOOT.**